IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WALTER CORNELIUS LEWIS**     **PLAINTIFF**

**V.**     **NO. 4:16-CV-100-DMB-DAS**

**MARSHAL FISHER, et al.**     **DEFENDANTS**

## ORDER

On August 26, 2019, this Court extended by fourteen days the deadline for Walter Cornelius Lewis to serve a copy of the summons and complaint on Edward Strickland, the only remaining defendant in this case. *See* Doc. #101. A process order was issued on September 4, 2019, directing the United States Marshals Service to attempt service on Strickland. Doc. #102. Because there is no evidence that the United States Marshals Service has completed service,[1] and because the time to complete service has expired, this case is **DISMISSED without prejudice**.[2] *See* Fed. R. Civ. P. 4(m). A final judgment consistent with this opinion will issue separately.

**SO ORDERED**, this 20th day of September, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] The Clerk's Office sent a courtesy copy of the process order (and presumably the summons and complaint) to an address in Lambert, Mississippi.

[2] Dismissal is subject to reconsideration on proof of service upon Strickland before expiration of the deadline.