# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WALTER CORNELIUS LEWIS**                                                                   **PLAINTIFF**

**V.**                                                                **NO. 4:16-CV-100-DMB-DAS**

**MARSHAL FISHER, et al.**                                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order entered this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 20th day of September, 2019.

                                                              **/s/Debra M. Brown**
                                                              **UNITED STATES DISTRICT JUDGE**